# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Vari-Volt Technologies, LLC,** | § § § | |
| Plaintiff, | § § | Case No. 6:16-cv-01043 |
| v. | § § | |
| **MYVAPORSTORE LLC, a New York corporation,** | § § § | JURY TRIAL |
| Defendants. | § § § | |

## THIRD MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Vari-Volt Technologies, LLC ("VARI-VOLT") hereby files this Third Motion to Stay All Deadlines and Notice of Settlement. The parties have reached an agreement in principle to settle all matters in controversy between them and are in the process of finalizing the settlement payment as outlined in the parties settlement agreement. The parties wish to conclude this matter without burdening the Court with any additional filings and without incurring unnecessary expenses, and in fact, VARI-VOLT contacted counsel for MYVAPORSTORE, LLC ("MVS") who specifically consented to the filing of the instant motion. Therefore, VARI-VOLT respectfully request a third stay of ten (10) days as to all deadlines between VARI-VOLT and MVS to allow sufficient time for execution of the settlement payment, and for the case to be subsequently dismissed.

///

///

///

DATED:  April 28, 2017  				Respectfully submitted,


						*/s/ Rasheed M. McWilliams*
						Rasheed M. McWilliams
						CA Bar No. 281832
						rasheed@cotmanip.com
						Daniel C. Cotman
						CA Bar No. 218315
						dan@cotmanip.com
						Cotman IP Law Group, PLC
						35 Hugus Alley, Suite 210
						Pasadena, CA 91103
						(626) 405-1413/FAX (626) 316-7577

						*Counsel for Plaintiff*
						*Vari-Volt Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true a correct copy of the above and foregoing document has been filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by mail on April 28, 2017.

s/ Rasheed M. McWilliams