**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **Vari-Volt Technologies, LLC** § | |
| § | |
| **v.** § | Case No. 6:16-cv-001043-RWS-KNM |
| § | |
| **MYVAPORSTORE LLC, a New York** § | Jury Trial |
| **Corporation** § | |

## ORDER

On this day, Plaintiff Vari-Volt Technologies, LLC ("Plaintiff") filed a Notice of Voluntary Dismissal, announcing to the Court that Plaintiff's claims for relief against Defendant MYVAPORSTORE LLC ("MVS") have been resolved. Docket No. 21.

It is therefore **ORDERED** that Plaintiff's claims for relief against defendant MYVAPORSTORE LLC are **dismissed with prejudice**.

**SIGNED this 12th day of May, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE